COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | § | |
|---|---|---|
| ALORICA, Individually and d/b/a ALORICA, INC., | § | No. 08-18-00008-CV |
| Appellant, | § | Appeal from the |
| | § | 327th District Court |
| v. | § | of El Paso County, Texas |
| MARY LOU TOVAR, | § | |
| Appellee. | § | (TC# 2016-DCV-3173) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and its sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 26TH DAY OF NOVEMBER, 2018.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Larsen, Senior Judge
Larsen, Senior Judge (Sitting by Assignment)